# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No. 2:22-cv-01593 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ORTHO CLINICAL DIAGNOSTICS HOLDINGS PLC, CHRISTOPHER M. SMITH, KAREN H. BECHTEL, EVELYN DILSAVER, ALLAN HOLT, CARL HULL, RON LABRUM, THOMAS MAC MAHON, DAVID PEREZ, ROBERT R. SCHMIDT, STEPHEN H. WISE, and ROBERT YATES, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushanksy ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 11, 2022

**WEISSLAW LLP**

By /s/ *Mark. D. Smilow*
Mark. D. Smilow
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com
       -and-
Michael A. Rogovin (to be admitted *pro hac vice*)
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010

SO ORDERED:
s/Zahid N. Quraishi, U.S.D.J.
Dated: 5/12/2022

        Email: mrogovin@weisslawllp.com

        *Attorneys for Plaintiff*